37759.  COX *v.* RAY M. LEE COMPANY, INC., *et al.*

NICHOLS, Judge.  This is a companion case to *Cox* v. *Ray M. Lee Co., Inc.*, ante, and is controlled by the decision in that case.

*Judgment reversed. Felton, C. J., and Quillian, J., concur.*

DECIDED SEPTEMBER 14, 1959—REHEARING DENIED OCTOBER 7, 1959.

*Houston White*, for plaintiff in error.

*Moise, Post & Gardner, Lewis, Lewis, Whaley & Cagle, Albert G. Norman, Jr., Robert Cagle*, contra.